UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIKTOR VIACHESLAV PROTASOFF,

    Defendant.
_____/

HON. TIMOTHY P. GREELEY

Case No. 2:11-mj-44

### ORDER OF DETENTION

      Defendant appeared before the undersigned on October 3, 2011, for an initial appearance and arraignment on the misdemeanor information alleging assault. At that time, the government orally moved for detention and the motion was supported by pretrial services. Defendant indicated he objected to detention but required time to investigate and prepare for a hearing. Therefore, IT IS HEREBY ORDERED that the defendant shall be detained, reserving the right to request a detention hearing at a later date.

      IT IS SO ORDERED.

Date: October 6, 2011

      /s/ Timothy P. Greeley
      TIMOTHY P. GREELEY
      United States Magistrate Judge